UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD P. HOBBS,<br><br>        Plaintiff,<br><br>  -against-<br><br>DEPARTMENT OF TRANSPORTATION NYC, *et al.*,<br><br>        Defendants. | 20-CV-512 (CM)<br><br>CIVIL JUDGMENT |

  By order issued March 6, 2020, the Court dismissed this action but granted Plaintiff thirty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint. Pursuant to the order issued March 6, 2020, dismissing the complaint

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 12, 2020
     New York, New York

                       COLLEEN McMAHON
                     Chief United States District Judge